THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIR WILLIAMS, Appellant. [947 NYS2d 915]

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see* Penal Law § 160.00; *People v Samuel*, 84 AD3d 841 [2011]; *People v Barksdale*, 50 AD3d 400, 401 [2008]; *People v Green*, 277 AD2d 82, 83 [2000]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Rivera, J.P., Florio, Eng and Roman, JJ., concur.